IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

MICHAEL K. MERRIFIELD,

        Petitioner,

v.                                        CIVIL ACTION NO. 3:25-0756

STATE OF WEST VIRGINIA,

        Respondent.

**ORDER**

        This action was referred to the Honorable Omar Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court deny Petitioner's Motion for Stay and Abeyance Request (ECF 2), dismiss without prejudice Petitioner's habeas corpus petition (ECF 1), and remove this matter from the Court's docket. *See* ECF 8 at 14. Petitioner does not object to the Court dismissing his Petition. *See* ECF 11 at 8. Accordingly, the Court **DENIES** Petitioner's Motion for Stay and Abeyance Request, **DISMISSES** Petitioner's Petition for Writ of Habeas Corpus (ECF 1), and **DIRECTS** the Clerk to dismiss this action from the Court's docket.

        Petitioner has objected, however, to the Magistrate Judge considering whether Petitioner should be excused from exhausting state-court remedies. *See* ECF 11 at 1; *see also* ECF 8 at 9. Petitioner has also asked the Court to preclude Judge Aboulhosn from reviewing any future habeas petitions he files. *See* ECF 11 at 8.

Since the Court has dismissed the Petition, the Court will not consider Petitioner's objection concerning exhaustion nor his request regarding Judge Aboulhosn.

The Court **ADOPTS** the Magistrate Judge's Findings and Recommendations and **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: February 2, 2026

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE